IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                                                    PLAINTIFF

v.                           No. 1:15-cv-54-DPM

BANISTER, Hearing Officer, McPherson Unit;
BANKS, Warden, McPherson Unit; BUDMIK,
Warden, McPherson Unit; DIXION, Warden,
McPherson Unit; MINOR, Hearing Officer,
McPherson Unit; and Melissa James, Disciplinary
Clerk, McPherson Unit                                                              DEFENDANTS

ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2015