## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                      PLAINTIFF

v.                          No. 1:15-cv-54-DPM

BANISTER, Hearing Officer, McPherson Unit;
BANKS, Warden, McPherson Unit; BUDMIK,
Warden, McPherson Unit; DIXION, Warden,
McPherson Unit; MINOR, Hearing Officer,
McPherson Unit; and Melissa James, Disciplinary
Clerk, McPherson Unit                                           DEFENDANTS

### JUDGMENT

Lyons's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

22 June 2015